# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00007-CV

### Muhammad A. Ragab, Appellant

### v.

### Sheham El-Sabrout, Appellee

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. 96-13921, HONORABLE DARLENE BYRNE, JUDGE PRESIDING**

---

The district court rendered judgment in this cause on January 26, 2000, and signed the final order on October 8, 2001. Appellant filed a notice of appeal, a copy of which was received by the clerk of this Court on January 7, 2002. However, appellant had filed a motion for new trial. *See* Tex. R. Civ. P. 329b(a). The clerk of this Court received notice that the motion was granted by the district court on January 10, 2002. *See* Tex. R. Civ. P. 329b(c), (d). As a result, there is no final judgment before this Court. Accordingly, we dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a).

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Jurisdiction

Filed:   July 26, 2002

Do Not Publish